```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTOPHER SADOWSKI,

                              Plaintiff,                        24-CV-4435 (JPO) (KHP)

       -against-                                  **INITIAL CASE MANAGEMENT**
                                                                   **CONFERENCE ORDER**

MOULINOS & LEVINAS PLLC,

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Notice of Settlement filed on August 28, 2024 (doc. no 17) the Initial Case Management Conference currently scheduled for **September 4, 2024** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:    New York, New York
                August 29, 2024

                                                      */s/ Katharine H. Parker*
                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge